UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH-SCW<br>MDL No. 2385 |

This Document Relates to:

THELMA BUTNER, CLIFTON FITZSIMMONS, JOHN WILCHINSKI, GEORGE FLETCHER, and PAULINE ALDRIDGE,

    Plaintiffs,

vs.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al.,

    Defendants.

Case No. 3:12-cv-60092-DRH-SCW

## ORDER SETTING BRIEFING SCHEDULE FOR PENDING MOTIONS AND RESPONSIVE PLEADINGS

The Court hereby issues the following Order relating to the above-referenced action, which was transferred to MDL 2385 by the Judicial Panel on Multidistrict Litigation on December 7, 2012.

Pending Motions:

- Response by Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") to Plaintiffs' Motion to Remand to be filed by January 2, 2013. Plaintiffs' Reply, if any, to be filed by January 16, 2013.

Further Responsive Pleadings:

- Deadlines to respond to all other pleadings in this action are stayed pending a ruling on the Plaintiff's Motion to Remand.

**So Ordered:**

Digitally signed by David R. Herndon
Date: 2013.01.02 11:10:13 -06'00'

**Chief Judge**  Date: January 2, 2013
**United States District Court**